UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
ALEJANDRO FORTUNA,
                            Plaintiff,

            -against-

PEPSI-COLA BOTTLING COMPANY OF
NEW YORK, INC., et al.,
                           Defendants.
------------------------------------------------------------X

22 Civ. 6892 (LGS)

<u>ORDER</u>

LORNA G. SCHOFIELD, District Judge:

WHEREAS, the Order dated August 23, 2022, required the parties to file a proposed case management plan and joint letter seven (7) days before the initial pretrial conference;

WHEREAS, the initial pretrial conference is currently scheduled for October 12, 2022, at 4:20 P.M.;

WHEREAS, Defendants have not appeared, and Plaintiff has not filed proof of service on the docket;

WHEREAS, the parties failed to timely submit the joint letter or proposed case management plan; it is hereby

**ORDERED** that if Plaintiff has been in communication with Defendants, then the parties shall file the joint status letter and proposed case management plan as soon as possible and no later than **October 12, 2022, at noon**.  If Plaintiff has not been in communication with Defendants, she shall file a status letter regarding her efforts to serve Defendants and request an adjournment of the initial conference as soon as possible and no later than **October 12, 2022, at noon.**  The initial conference scheduled for October 12, 2022 is **adjourned** to **October 26, 2022, at 4:20 P.M.**, by conference call at 888-363-4749 using access code 558-3333.

Dated: October 6, 2022
       New York, New York

                                                LORNA G. SCHOFIELD
                                              UNITED STATES DISTRICT JUDGE