UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
ALEJANDRO FORTUNA,
                              Plaintiff,

               -against-

PEPSI-COLA BOTTLING COMPANY OF
NEW YORK, INC., et al.
                            Defendants.
-------------------------------------------------------------X

22 Civ. 6892 (LGS)

<u>ORDER</u>

LORNA G. SCHOFIELD, District Judge:

    WHEREAS, on October 7, 2022, the Court was informed that the parties have reached a settlement agreement in principle. It is hereby

    **ORDERED** that, by **October 28, 2021**, the parties shall submit: (*i*) the settlement agreement to the Court; and (*ii*) a joint letter with supporting evidence addressing the findings this Court must make in order to approve the settlement as fair and reasonable. *See Cheeks v. Freeport Pancake House, Inc.*, 796 F.3d 199, 206 (2d Cir. 2015), *cert. denied*, 136 S. Ct. 824 (2016); *Wolinsky v. Scholastic Inc.*, 900 F. Supp. 2d 332, 335-36 (S.D.N.Y. 2012) (outlining factors district courts have used to determine whether a proposed settlement is fair and reasonable). It is further

    **ORDERED** that all conferences and trial are **CANCELED**.

Dated: October 7, 2022
       New York, New York

LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE