**Law Office of Mohammed Gangat**

675 3rd Ave, Su 1810, NY, NY 10017
(718) 669-0714  mgangat@gangatpllc.com

October 28, 2022

*via ECF*
Hon. Judge Lorna G. Schofield
United States District Court
Southern District of New York
500 Pearl Street,
New York, NY 10007

>          RE:    *Alejandro Fortuna, v. Pepsi-Cola Bottling Company of New York, Inc.*,
>                 No. 1:22-cv-06892-LGS

To the Honorable Judge Schofield:

      I represent plaintiff Alejandro Fortuna ("Plaintiff") in the above action. I write this letter in response to Your Honor's Order of October 7, 2022, directing the parties to submit a Cheeks motion on or before October 28, 2022.  The parties need additional time to finalize the settlement papers and motion.

      I respectfully request a 30-day extension of time to November 30, 2022. Counsel for Defendants consents to this request. This is Plaintiff's first request for extension of time.

      As always, I thank the Honorable Court for its time and consideration.

Respectfully submitted,

Application GRANTED.  The parties shall file the materials required by the Order at Dkt. No. 8 by **November 30, 2022**.

*/s Mohammed Gangat*
Mohammed Gangat, Esq.

Dated: October 31, 2022
New York, New York

**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**